IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | IN PROCEEDINGS UNDER CHAPTER 13 |
| | ) | |
| KATHLEEN JOYNER, | ) | No. 21-30351 |
| | ) | |
| Debtor. | ) | |

**OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE**

COMES NOW the Debtor KATHLEEN JOYNER by Karl J. Wulff, her attorney, and for her Objection to the Notice of Mortgage Payment Change filed by U.S. BANK NATIONAL ASSOCIATION states to the Court:

1. That U.S. BANK NATIONAL ASSOCIATION filed a Notice of Mortgage Payment Change on June 15, 2022 providing for and increase in the monthly mortgage payment from $1,416.91 per month to $1,997.90 per month.

2. That, the filing and attachments, the entire increase of $580.99 per month is attributable to escrow shortage which, in turn, is attributable to real estate taxes.

3. That Debtor is exempt from real estate tax under the Disabled Veterans Property Tax Exemption 35 ILCS 200/15-169.

WHEREFORE Debtor prays for entry of an order striking the Notice of Mortgage Payment Change filed on June 15, 2022 and for such other and further relief as the Court deems proper in the premises.

/s/ KARL J. WULFF
_____
KARL J. WULFF, #06244158
KATZ & WULFF, P.C.
Attorney for Debtor(s)
430 Regency Centre
Collinsville, Illinois 62234
(618) 345-6966
(618) 345-0705 FAX
kjwulff@katzandwulff.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | IN PROCEEDINGS UNDER CHAPTER 13 |
| | ) | |
| KATHLEEN JOYNER, | ) | No. 21-30351 |
| | ) | |
| Debtor. | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was mailed to those concerned parties not being electronically served as follows:

Kathlen Joyner
265 Harbor Mill Drive
Troy, IL 62294

U.S. Bank National Association
c/o Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619

Molly Slutsky Simons, Esq.
c/o Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Ste. 180
Loveland, OH 45140

Office of U.S. Trustee
401 Main St., #1100
Peoria, IL 61602

on this the 19th day of August, 2022, with the correct postage prepaid and deposited in the U. S. Mail in Collinsville, Illinois.

                                         /s/  KARL J. WULFF

                                         KARL J. WULFF, #06244158
                                         KATZ & WULFF, P.C.
                                         Attorney for Debtor(s)
                                         430 Regency Centre
                                         Collinsville, Illinois 62234
                                         (618) 345-6966
                                         (618) 345-0705 FAX
                                         kjwulff@katzandwulff.com